AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LYNWOOD T. DAVIS
DOB:
PDID:

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05-206 M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 17, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm, and did receive a firearm, which had been shipped and transported in interstate and foreign commerce, that is, a loaded .9MM Smith-Wesson semi-automatic hand gun.

in violation of Title __21 & 18__ United States Code, Section(s) __841(a)(1); and 922(g)(1)__ .

I further state that I am __OFFICER ALBERT SABIR__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
OFFICER ALBERT SABIR
SEVEN DISTRICT, MPD

Sworn to before me and subscribed in my presence,

APR 18 2005                                    at    Washington, D.C.
Date   ALAN KAY                                      City and State
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                     Signature of Judicial Officer