UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0206M-01 (CR) |
| **LYNWOOD T. DAVIS,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 17, 2005, within the District of Columbia, **LYNWOOD T. DAVIS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F12567-91, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about April 17, 2005, within the District of Columbia, **LYNWOOD T. DAVIS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT THREE

On or about April 17, 2005, within the District of Columbia, **LYNWOOD T. DAVIS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Smith & Wesson 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about April 17, 2005, within the District of Columbia, **LYNWOOD T. DAVIS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia