UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-0168 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **LYNWOOD T. DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Amy Jeffress, hereby inform the Court that Assistant United States Tonya Sulia is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Amy Jeffress
Assistant United States Attorney
Narcotics Section, Bar No. 449258
555 4th Street, NW, Room 4104
Washington, DC 20530
(202) 514-7624