UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO.  05 -168 (JDB)** |
| v. : | |
| : | |
| **LYNWOOD DAVIS** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE
ITS OPPOSITION TO DEFENDANT'S MOTIONS TO
SUPPRESS EVIDENCE AND STATEMENTS**

Pursuant to Federal Criminal Rule 45(b), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Honorable Court for leave to file the Government's Opposition to Defendant's Motions to Suppress Evidence and Statements, late.  As a basis for this request the United States now says:

1. Counsel for the defendant filed his Motions to Suppress Evidence and Statements on June 16, 2005.  Government responses were due on June 28, 2005.

2. Government counsel has not been able to prepare a response due to pre-scheduled leave and because counsel recently learned she was to be transferred to a new assignment and had to ready her current caseload for the transfer to take place.

      WHEREFORE, the government respectfully requests that its motion be granted to allow newly assigned counsel adequate time to prepare an informed response.

                                              Respectfully submitted,

                                              KENNETH L. WAINSTEIN
                                              UNITED STATES ATTORNEY
                                              Bar No. 451058

                                              _____

                                              TRENA CARRINGTON
                                              Assistant United States Attorney
                                              Bar No. 428871
                                              555 4th Street, N.W., Room 4243
                                              Washington, DC 20530
                                              (202) 305-2195