UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 05-168 (JDB)** |
| v. : | |
| : | |
| **LYNWOOD DAVIS** : | |
| : | |
| **Defendant.** : | |
| _____: | |

### ORDER

WHEREUPON, having considered the United States' Motion for Leave to Late File its Opposition to Defendant's Motions to Suppress Evidence and Statements, it is hereby

**ORDERED**, that the United States' motion is hereby GRANTED.

_____     _____
DATE                                                            JOHN D. BATES
                                                                     U.S. DISTRICT COURT JUDGE

Copies to:

Trena Carrington, AUSA
U.S. Attorney's Office
555 Fourth Street, NW
Room 4243
Washington, DC 20530
[(202) 305-2195; fax: 353-9414]

Charles Daum, Esq.
736 5th Street, N.E.
Washington, DC 20002
[(202) 546-8886; fax: 546-0330 ]