THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.: 05-168 (Cr) |
| v. : | |
| **LYNWOOD T. DAVIS** : | |
| **Defendant.** : | |

### DEFENDANT'S ANSWER TO GOVERNMENT'S MOTION
### FOR LEAVE TO LATE FILE

COMES NOW the defendant, Lynwood T. Davis, by and through counsel Charles F. Daum, who files his answer to the above captioned Government Pleading. In support of the defendant's answer he states the following:

1. The defendant does not oppose the government's Motion for Leave to Late File.

Respectfully submitted,

_____
Charles F. Daum
736 5th Street NE
Washington, DC 20002
202-546-8886

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was sent via Postal service this 13th day of July, 2005 to Assistant United States Attorney Trena Carrington, Office of the United States Attorney, 555 4th Street NW, Washington, DC 20001.

_____
Charles F. Daum