UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-168 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **LYNWOOD T. DAVIS** | : | |
| Defendant. | | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by an through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Bruce G. Ohr, Chief, Organized Crime and Racketeering Section, Criminal Division, U.S. Department of Justice at telephone number (202) 514-3595 and/or email address bruce.g.ohr@usdoj.gov. Mr. Ohr will substitute for AUSA Trena Denise Carrington as counsel for the United States

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

/**S**/
_____
Bruce G. Ohr
Chief
Organized Crime and
    Racketeering Section
U.S. Department of Justice
1301 New York Ave., NW – 7th Fl.
Washington, DC 20530
(202) 514-3595

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon the attorney for the defendants, Charles F. Daum, Esq., 736 5th Street, N.E., Washington, D.C. 20002, charlesdaum@verizon.net.

                                                     _____/S/_____
                                                     Bruce G. Ohr