## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: CHIEF OF POLICE OR ANY MEMBER OF THE METROPOLITAN POLICE DEPARTMENT
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by  Officer John M. Bevilacqua, Seventh District, Metropolitan Police Department  that he has probable cause to believe that on the (person) (premises) (vehicle) (object) known as  1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. Which is fully described in the affidavit in support of this search warrant.

in the District of Columbia, there is now being concealed certain property,  Any illegal firearms, parts of firearms, ammunition, Magazines, holsters, gun cleaning kits, papers, pictures, documents or any paraphernalia relating to ownership or operation of a firearm.

which is  The property that constitutes evidence of the commision of a crime  and as I am satisified
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (person) (premises) (vehicle) (object) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated (person) (premises) (vehicle) (object) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this  17th  day of  April , 20 05

Judge, Superior Court of the District of Columbia

### RETURN

I received the above detailed warrant on  APRIL 17TH 05 , 20 05  and have executed it as follows:
On  APRIL 17TH , 20 05 , at  1125  P M., I searched the
(person) (premises) (vehicles) (object) described in the warrant and I left a copy of the warrant and return with  ON PREMISES  properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:

1 SMITH AND WESSON SEMI AUTOMATIC HAND GUN, 1 9MM CARTRIDGE, 1 PLATE WITH WHITE ROCK, ZIPLOCKS AND RAZOR BLADE, 1 DIGITAL SCALE, ZIPLOCKS CONTAINING A WHITE ROCK SUBSTANCE, 1 CLEAR ZIPLOCK WITH A GREEN WEED SUBSTANCE, 1 9MM MAGAZINE WITH CARTRIDGES, 1 SOCK CONTAINING MULTIPLE PLASTIC BAGS CONTAINING A WHITE ROCK SUBSTANCE, MAIL MATTER

This inventory was made in the presence of  OFC. JOHN BEVILACQUA, OFC JOHN LOVEDAY, SGT. MICHAEL BARRON, MARION ANDERSON
I swear that this is a true and detailed account of all property taken by me under this warrant.

Executing Officer

Subscribed and sworn to before me this ____ day of _____, 20 ____

Judge, Superior Court of the District of Columbia

Form CD(17)-1055 / Mar. 89
9-2794 wd-234

PD 274 4/89

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

☐ UNITED STATES DISTRICT COURT

☐ SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

---

YOUR AFFIANT RESPECTFULLY REQUESTS THAT A DISTRICT OF COLUMBIA SUPERIOR COURT SEARCH WARRANT BE ISSUED FOR THE PREMISES KNOWN AS 1821 SAVANNAH STREET, APARTMENT #103, SOUTHEAST, WASHINGTON, D.C. THE PREMISES IS DESCRIBED AS A THREE STORY BRICK BUILDING WITH BLUE TRIM. THE PREMISES HAS THE NUMBERS 1821, OVER THE FRONT DOOR, IN BLACK ON A WHITE BACKGROUND. THE FRONT DOOR OF THE PREMISES IS BLUE IN COLOR, WITH WHITE TRIM. APARTMENT #103 IS ONE LEVEL DOWN FROM THE ENTRANCE OF THE PREMISES. THE DOOR OF APARTMENT #103 IS BLUE IN COLOR WITH A BRASS KNOCKER WITH THE NUMBERS 103 ON THE KNOCKER. THE DOOR ALSO HAS A GOLD COLORED KNOB.

THIS AFFIANT HAS BEEN EMPLOYED BY THE METROPOLITAN POLICE DEPARTMENT, WASHINGTON, D.C. FOR FIVE YEARS AND IS CURRENTLY ASSIGNED TO THE SEVENTH DISTRICT, VICE UNIT. YOUR AFFIANT HAS INVESTIGATED NUMEROUS CRIMES INVOLVING FIREARMS, INCLUDING ASSAULT WITH A DEADLY WEAPON, NATIONAL FIREARMS VIOLOATIONS, CARRYING A PISTOL WITHOUT A LICENSE, AND POSSESSION OF AN UNREGISTERED FIREARM WHICH HAVE RESULTED IN ARRESTS AND CONVICTIONS. YOUR AFFIANT HAS WRITTEN AND EXECUTED NUMEROUS FIREARM BASED SEARCH WARRANTS RESULTING IN THE RECOVERY OF VARIOUS ILLEGAL FIREARMS. YOUR AFFIANT REQUESTS A DISTRICT OF COLUMBIA SUPERIOR COURT SEARCH WARRANT BASED ON THE FOLLOWING FACTS:

On April 17, 2005 officers of the Metropolitan Police Department were dispatched to 1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. for a man with a gun. When officers arrived on the scene they were met in front of 1821 Savannah Street, Southeast by Ms. Iman Pasha. Ms. Pasha stated to officers that she had been inside of 1821 Savannah Street, Apartment #103, Southeast when her former boyfriend had pointed a gun at her. Ms. Pasha stated to officers that she had been inside of the apartment with Lynwood Davis, her

_____
Affiant

7D
Element

_____
United States Attorney

Subscribed and sworn to before me this  17th  Day of  April , 2005.

_____
Magistrate
United States District Court

Joe Boyle
Judge
Superior Court of the District of Columbia

PAGE  1  OF  3  PAGES

PD 274 4/89

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR SEARCH WARRANT

☐ UNITED STATES
DISTRICT COURT



☐ SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

---

former boyfriend of three years, when an unidentified female entered the apartment, packed some of her possessions inside the apartment, and left. Ms. Pasha stated that Mr. Davis became upset at Ms. Pasha for causing the unidentified female to leave. Mr. Davis and Ms. Pasha became engaged in a verbal altercation when Mr. Davis walked to the bedroom. Ms. Pasha stated that she followed him to the bedroom where Mr. Davis produced a black and grey semi-automatic handgun and pointed it in her direction. Ms. Pasha stated that when she saw the firearm she fled the apartment. Ms. Pasha provided officers with a description of Mr. Lynwood Davis.

Officers walked inside of 1821 Savannah Street, Southeast and knocked on the door of apartment #103. A male matching the description given by Ms. Pasha walked out of the apartment and closed the door behind him. Officers stopped the individual and walked him outside where Ms. Pasha was waiting. At 1832 hours, Ms. Pasha positively identified the male as Lynwood Davis, the man who had pointed the handgun at her. Lynwood Davis was placed under arrest for assault with a dangerous weapon. At the time of his arrest, Lynwood Davis was not in possession of any firearms.

After his arrest, Lynwood Davis stated to officers that he lived inside of 1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. Officers asked Lynwood Davis for permission to search 1821 Savannah Street, Apartment #103, Southeast, and Mr. Davis refused. In a conversation with officers, Lynwood Davis stated that his nephew had been killed recently and he was holding on to his nephew's gun. Lynwood Davis also stated that after Ms. Pasha left he had placed a handgun into the kitchen trashcan. Based on the statements of Iman Pasha and Lynwood Davis, officers believed that an illegal firearm was being concealed inside of 1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. Officers were posted outside of 1821 Savannah Street, Apartment #103, Southeast pending the application of a search warrant.

Based on the above listed facts and circumstances, your affiant believes that the evidence of the commission of a crime is inside of 1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. Your affiant respectfully requests that a District of Columbia Superior Court Search Warrant be issued for the premises

_____
Affiant

7D
_____
Element

_____
United States Attorney

Subscribed and sworn to before me this __17th__ Day of __April__, __2005__.

_____
Magistrate
United States District Court

_____
Judge
Superior Court of the District of Columbia

PAGE _2_ OF _3_ PAGES

PD 274 4/89

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## SEARCH WARRANT

☐ UNITED STATES
DISTRICT COURT

☐ SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

---

known as 1821 Savannah Street, Apartment #103, Southeast, Washington, D.C. for any illegal firearms, parts of firearms, ammunition, magazines, holsters, gun cleaning kits, papers, pictures, documents or any paraphernalia relating to the ownership or operation of a firearm.

_____
Affiant

7D
_____
Element

Cynthia Schnedar (Telephone Approval)
_____
United States Attorney

Subscribed and sworn to before me this  17th  Day of  April , 2005.

_____
Magistrate
United States District Court

_____
Judge
Superior Court of the District of Columbia

PAGE 3 OF 3 PAGES