UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 05-168 (JDB)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LYNWOOD T. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by an through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Lincoln S. Jalelian, Organized Crime and Racketeering Section, Criminal Division, U.S. Department of Justice at telephone number (202) 514-3707 and/or email address Lincoln.Jalelian@usdoj.gov.

Mr. Jalelian will substitute for Bruce G. Ohr as counsel for the United States

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

/s/_____
Lincoln S. Jalelian
Organized Crime and
Racketeering Section
U.S. Department of Justice
1301 New York Ave., NW – 7 Floor
Washington, DC 20530
202-514-3707 phone
202-514-3601 fax
Lincoln.Jalelian@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon the attorney for the defendants, Charles F. Daum, Esq., 736 5 Street, N.E., Washington, D.C. 20002, charlesdaum@verizon.net.

_____/S/_____
Lincoln Jalelian