UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-168 |
| | : | |
| **LYNWOOD T. DAVIS** | : | |

## STIPULATION

The parties in this case, the United States and defendant Lynwood Davis, hereby agree and stipulate as follows:

The Smith and Wesson 9 millimeter semiautomatic handgun, admitted as Government's Exhibit 1, is a "firearm" for purposes of 18 U.S.C. §§ 922(g) and 924(c)

The 9 millimeter ammunition, admitted as Government's Exhibit 2, is "ammunition" for purposes of 18 U.S.C. §§ 922(g) and 924(c)

There are no firearm or ammunition manufacturers located within the District of Columbia. Therefore, the firearm seized by law enforcement on April 17, 2005, Smith and Wesson 9 millimeter semiautomatic handgun, admitted as Government's Exhibit 1, and the 9 millimeter ammunition, admitted as Government's Exhibit 2, were manufactured outside the District of Columbia and were shipped, transported, or delivered through interstate or foreign commerce into the District of Columbia at some point prior to or on April 17, 2005.

_____    _____
Charles Daum                          Lynwood Davis
Counsel for defendant                 Defendant

_____
Lincoln Jalelian
Justice Department Trial Attorney