UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 05-168** |
| : | |
| **LYNWOOD T. DAVIS** : | |

### STIPULATION

The parties in this case, the United States and defendant Lynwood Davis, hereby agree and stipulate as follows:

On April 17, 2005 at 1821 Savanna Street, Apt 103, Washington, D.C. police seized a substance marked as Exhibit 3. The substance was later analyzed and determined to be 22.8 grams of 61% pure cocaine base as reflected in Exhibit 4.

On April 17, 2005 at 1821 Savanna Street, Apt 103, Washington, D.C. police seized a substance marked as Exhibit 5. The substance was later analyzed and determined to be 163.4 grams of 57% pure cocaine base as reflected in Exhibit 8.

On April 17, 2005 at 1821 Savanna Street, Apt 103, Washington, D.C. police seized a substance marked as Exhibit 6. The substance was later analyzed and determined to be 0.66 grams of 59% pure cocaine base as reflected in Exhibit 8.

On April 17, 2005 at 1821 Savanna Street, Apt 103, Washington, D.C. police seized a substance marked as Exhibit 7. The substance was later analyzed and determined to be 0.65 grams of marijuana as reflected in Exhibit 8.

_____       _____
Charles Daum                                             Lynwood Davis
Counsel for Defendant                              Defendant


_____
Lincoln Jalelian
US Justice Department Trial Attorney