UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 05-168 |
| LYNWOOD T. DAVIS | : |

## STIPULATION

The parties in this case, the United States and defendant Linwood T. Davis, hereby agree and stipulate as follows:

On November 11, 1992, defendant Linwood T. Davis, had been previously convicted of a crime punishable by a term of more than one year in prison.

Respectfully submitted,


_____          _____
Charles Daum                            Lynwood Davis
Counsel for Defendant                   Defendant



_____
Lincoln Jalelian
US Justice Department Trial Attorney