**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-168** |
| | : | |
| **v.** | : | |
| | : | |
| **LYNWOOD T. DAVIS** | : | **Trial Date: September 27, 2005** |

---

**GOVERNMENT'S MOTION TO CORRECT AND STRIKE GOVERNMENT'S STIPULATION TO JURY OF LESS THAN 12 MEMBERS BY UNITED STATES OF AMERICA**

---

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this court to allow the government to withdraw and strike the filing that is reflected on the docket as entry Number 23. As reasons therefore, the government states that the filing made in error. The United States did not intend to file a stipulation to a jury of less than twelve persons and the document filed as docket entry 23 is not such a stipulation. Docket entry 23 was properly filed as Docket entry 24: Stipulation Regarding Firearm and Ammunition.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

____/S/_____
Lincoln S. Jalelian
U.S. Department of Justice
1301 New York Avenue, NW, Suite 700
Washington, D.C. 20530
202-514-3707 Phone

202-514-3601 Fax

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing upon the attorneys for the defendant, Charles F. Daum 736 Fifth Street, NE Washington, DC 20002, (202) 546-8886; (202) 546-0330 (fax); <u>charlesdaum@verizon.net</u>,  this  day of _____ September, 2005.


                                        __/S/_____
                                        Lincoln S. Jalelian
                                        Trial Attorney, U.S. Department of Justice