**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :  Case No. 05-168 |
| | : |
| **LYNWOOD T. DAVIS** | : |

## EXHIBIT LIST OF THE UNITED STATES

The United States of America, by and through its attorney, Lincoln S. Jalelian, hereby submits its exhibit list below:

**EXHIBIT NO.**                    **DESCRIPTION**

1. 9 millimeter Smith and Wesson semiautomatic handgun

2. 9 millimeter ammunition

3. 9 millimeter magazine

4. Firearm certificate

5. 22.8 grams of 61% pure cocaine base

6. DEA Form 7 Controlled Substance Analysis for 22.8 grams of cocaine base, referring to Exhibit 5.

7. 163.4 grams of 57% pure cocaine base.

8. 0.66 grams of 59% pure cocaine base

9. 0.65 grams of marijuana

10. DEA Form 7 Controlled Substance Analysis for 163.4 grams of cocaine base, 0.66 grams of cocaine base, and .65 grams of marijuana referring to Exhibits 6, 7 and 8.

11. Digital scale

12. Mail addressed to Lynwood T. Davis

13. Ceramic plate

    14.    Sock

    15.    Photographs of crime scene

    16.    Map

    17.    Judgment of conviction

    18.    Stipulations


KENNETH L. WAINSTEIN
United States Attorney

  **/S/**_____
Lincoln S. Jalelian
U.S. Department of Justice
1301 New York Avenue, NW, Suite 700
Washington, D.C.  20530
202-514-3707 Phone
202-514-3601 Fax

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing upon the attorneys for the defendant, Charles F. Daum, 736 Fifth Street, NE Washington, DC 20002.

                      /S/_____
                      Lincoln S. Jalelian
                      Trial Attorney, U.S. Department of Justice