UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 05-168** |
| | : | |
| **LYNWOOD T. DAVIS** | : | |

## STIPULATION

The parties in this case, the United States and defendant Lynwood Davis, hereby agree and stipulate as follows:

Five fingerprints were recovered from a porcelain plate the 1821 Savannah Street, apartment 103 on April 17, 2005.

Two fingerprints were of value, able to be identified and belonged to Detective John Bevilaquia.

The remaining three fingerprints were not of value and could not be used for any identification purposes.

_____        _____
Charles Daum                                                        Lynwood Davis
Counsel for Defendant                                         Defendant


_____
Lincoln Jalelian
US Justice Department Trial Attorney

1