UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 05-168(Cr) |
| v. | : | |
| LYNWOOD T. DAVIS,<br>    Defendant | : | Trial Date: September 27, 2005 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS
AND JURY INSTRUCTIONS**

COMES NOW, the defendant, Lynwood T. Davis, by and through counsel Charles F. Daum, who respectfully submits his Proposed Voir Dire Questions and Jury Instructions.

**I    PROPOSED VOIR DIRE QUESTIONS**

1. Is any member of the panel now or previously have been a member of a neighborhood watch committee?

2. Does any member of the panel have such strong views about gun control that it would affect your ability to sit as a fair and impartial member of the jury?

**II    PROPOSED JURY INSTRUCTIONS**

The following proposed Jury Instructions are taken from the Criminal Jury Instructions for The District of Columbia.

Instruction 1.04    Definitions – Stipulations

Instruction 1.07    Question Not Evidence

Instruction 1.08    Expert Testimony

Instruction 1.10    Evaluation of Prior Inconsistent Statement of aWitness

1

Instruction 1.11      Evaluation of Prior Consistent Statement of a Witness

Instruction 2.01       Function of the Court

Instruction 2.02       Function of the Jury

Instruction 2.03      Jury's Recollection Controls

Instruction 2.04      Evidence in the Case – Judicial Notice, Stipulations, Depositions

Instruction 2.05      Statements of Counsel

Instruction 2.06      Indictment or Information Not Evidence

Instruction 2.07      Inadmissible and Stricken Evidence

Instruction 2.08      Burden of Proof – Presumption of Innocence

Instruction 2.09      Reasonable Doubt

Instruction 2.10      Direct and Circumstantial Evidence

Instruction 2.11      Credibility of Witnesses

Instruction 2.13      Number of Witnesses

Instruction 2.14      Nature of Charges Not to be Considered

Instruction 2.26      Police Officer's Testimony

Instruction 2.27      Right of Defendant Not to Testify

Instruction 2.52      Multiple Counts One Defendant

Instruction 2.71      Selection of Foreperson

Instruction 2.72      Unanimity

Instruction 2.73      Exhibits During Deliberations

Instruction 2.74      Possible Punishment Not Relevant

Instruction 2.75      Communications Between Court and Jury During Jury's Deliberations

        2.75 a.    Admonition to Jury Concerning a Poll

| | |
|---|---|
| Instruction 3.01 | Intent |
| Instruction 3.02 | Proof of State of Mind |
| Instruction 3.03 | Knowingly |
| Instruction 3.08 | Possession Defined |
| Instruction 4.29 | Possession of a Controlled Substance with Intent to Distribute |
| Instruction 4.76 | Federal Firearms Act |
| Instruction 5.06 | Identification |

                Respectfully Submitted,

Charles F. Daum  
736 5th Street NE  
Washington, DC 20002  
DC Bar #952481  
(202) 546-8886