# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**FILED**
SEP 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Criminal Action 05-168

LYNWOOD DAVIS

        Defendant

## Jury Note

Judge Bates:

We the Jury have not reach a verdict. We request to be permitted to recess and resume tomorrow morning at 9:30 AM.

9-29-05
DATE

4:45 PM
TIME

FOREPERSON