**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Criminal Division**

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. CR-05-168 (JDB) |
| | : | |
| LYNWOOD DAVIS | : | |
|     Defendant | : | |

## **ORDER**

The defendant in this Criminal Case has requested that the Court certify the cost of preparing witness transcripts from his previous trial under the Criminal Justice Act due to his inability to pay for the preparation of those transcripts. The Court having heard from the parties and there being no opposition from the Government finds that there is good and sufficient reason to grant the defendant's request.

Accordingly, this _____ day of November, 2005, it is HEREBY ORDERED that the Court Stenographer shall prepare the trial transcripts for all witnesses at the defendant's previous trial. The cost of such preparation shall be paid from funds so designated under the Criminal Justice Act.

 

_____
United States District Court Judge