UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. CR-05-168 (JDB) |
| | : | |
| | : | |
| LYNWOOD DAVIS | | |
|     Defendant | : | |

## NOTICE OF FILING

KNOW ALL MEN BY THESE PRESENTS, that the defendant has filed the attached proposed order with the Honorable John D. Bates, United States District Court Judge this 21st day of November 2005.

Respectfully Submitted,

_____
Charles Daum
736 5th Street N.E.
Washington, D.C. 20002
DC BAR 952481
(202) 546-8886