UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-160 (JDB) |
| | : | |
| v. | : | |
| | : | |
| LYNWOOD T. DAVIS | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Tonya Sulia no longer represents the United States of America in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Jeffrey Ragsdale
Assistant United States Attorney
Federal Major Crimes; Bar No. 214-415
555 4th Street, NW, Room 4229
Washington, DC 20530
(202) 514-8321