UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**          :
                                       :
                                       :          **CRIMINAL NO.**
         v.           :
LYNWOOD T. DAVIS,                                              05-168
                                       :
         Defendant.                              :
                                                                  :

_____:

NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

     Please enter the appearance of MYESHA K. BRADEN as co-counsel in the case on behalf of the United States of America.

Dated: 12/7/05                By:     ___/S/_____
                                      Myesha Braden
                                      Special Assistant U.S. Attorney
                                      DC Bar No. 461485
                                      U.S. Department of Justice
                                      1400 New York Ave, NW
                                      Suite 660
                                      Washington, DC 20530
                                      (202) 514-6037

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing upon the attorneys for the defendant, Charles F. Daum 736 Fifth Street, NE Washington, DC 20002, (202) 546-8886; (202) 546-0330 (fax); charlesdaum@verizon.net, this day of 7 December 2005.

     /S/_____
     Lincoln S. Jalelian
     Trial Attorney, U.S. Department of Justice