# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**FILED**

DEC 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Criminal Action 05-168

LYNWOOD DAVIS

        Defendant

## Jury Note

Hypothetically, if we were to find the defendant not guilty ~~on~~ part of Count 1, can we find the defendant not guilty on Count 3 without finding him guilty on Count 2?

_12/14/05_
DATE

_3:15 pm_
TIME

_____
FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal Action 05-168

LYNWOOD DAVIS

        Defendant

**FILED**

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

We believe we are deadlocked on at least 3 and a half of the counts brought against the defendant

12/14/05
DATE

3:30 pm
TIME

FOREPERSON

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**FILED**

DEC 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Criminal Action 05-168

**LYNWOOD DAVIS**

        Defendant

## Jury Note

If we cannot come to a decision by 5pm — do we get to go home + come back tomorrow?

_____12/14/05_____
DATE

_____4:57pm_____
TIME

_____
FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

FILED

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                Criminal Action 05-168

LYNWOOD DAVIS

        Defendant

## Jury Note

Please provide a new sheet 1 of verdict form

Count One

Thank you.

12/14/05
DATE

FOREPERSON

3:00 pm
TIME