AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LYNWOOD T. DAVIS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   05-168 (JDB)

**FILED**

DEC 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John D. Bates                    U.S.D.C. JUDGE
_____
Name of Judge              Title of Judge

December 15, 2005
_____
Date