# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal Action 05-168

LYNWOOD DAVIS

    Defendant



**FILED**

DEC 15 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Is it possible to get a transcript or hear a recording of Ms. Rogers testimony in relation to the plaque/poster?

12/15/05
DATE

9:58 am
TIME

FOREPERSON