# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**FILED**
DEC 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                    Criminal Action 05-168

LYNWOOD DAVIS

Defendant

## Jury Note

Your honor - We have a verdict on all counts.

_12/15/05_
DATE

FOREPERSON

_11:10am_
TIME