UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYNWOOD T. DAVIS,<br><br>Defendant. | Criminal No. 05-168 (JDB) |

**FILED**
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPONSE TO JURY NOTE

You have requested the testimony of Ms. Rogers. As is generally true in most cases, a transcript of the testimony in this case has not yet been prepared. Therefore, you will not be able to hear or read the testimony you have requested. As you have been instructed earlier, you should rely on your own memory of all the testimony you have heard, and your recollection controls. With that in mind, you should now continue your deliberations.

_____
JOHN D. BATES
United States District Judge

Dated: December 15, 2005