UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
DEC 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

LYNWOOD T. DAVIS,

Defendant.

Criminal Action No. 05-168 (JDB)

## VERDICT FORM

### COUNT ONE

With respect to the offense of unlawful possession of a firearm by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

_____ Guilty          \_\_\_✓\_\_\_\_ Not Guilty

With respect to the offense of unlawful possession of ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

_____ Guilty          \_\_\_✓\_\_\_\_ Not Guilty

## COUNT TWO

With respect to the offense of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, in an amount of 50 grams or more, we the jury find the defendant

_____ Guilty                    \_\_\_✓\_\_\_\_ Not Guilty

If you find the defendant guilty of the offense of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, in an amount of 50 grams or more, state the amount or weight of such mixture and substance:

_____

If you find the defendant not guilty of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base in an amount of 50 grams or more, then you must consider the offense of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base in an amount below 50 grams. With respect to the offense of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, in an amount below 50 grams, we the jury find the defendant

_____ Guilty                    \_\_\_✓\_\_\_\_ Not Guilty

If you find the defendant guilty of the offense of unlawful possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, in an amount below 50 grams, state the amount or weight of such mixture and substance:

_____

## COUNT THREE

[Consider only if you have determined that the defendant is guilty on Count Two.]

With respect to the offense of possessing a firearm in furtherance of a drug trafficking offense -- that is, possession with intent to distribute a controlled substance, as charged in Count Two -- we the jury find the defendant

_____ Guilty          \_\_\_✓\_\_\_\_\_ Not Guilty

## COUNT FOUR

With respect to the offense of unlawful possession of marijuana, we the jury find the defendant

_____ Guilty          \_\_\_✓\_\_\_\_\_ Not Guilty


_____
FOREPERSON

Dec. 15, 2005    DATE